United States District Court
Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6       STEVEN WAYNE BONILLA,                    Case Nos.  22-cv-5344-PJH

7                        Plaintiff,                         22-cv-5364-PJH

                                                           22-cv-5370-PJH
8                   v.
                                                           22-cv-5388-PJH
9                                                          22-cv-5389-PJH
        JUDGE STEVEN M. KATZ et. al.,
                                                           22-cv-5390-PJH
10                       Defendants.
                                                           22-cv-5394-PJH

11                                                         22-cv-5395-PJH

                                                           22-cv-5396-PJH
12
                                                           22-cv-5397-PJH
13                                                         22-cv-5398-PJH

14                                                         22-cv-5399-PJH

                                                           22-cv-5400-PJH
15
                                                           22-cv-5404-PJH
16                                                         22-cv-5405-PJH

17                                                         22-cv-5430-PJH

                                                           22-cv-5431-PJH
18
                                                           22-cv-5459-PJH
19                                                         22-cv-5460-PJH

20                                                         22-cv-5461-PJH

21                                                         22-cv-5462-PJH

                                                           22-cv-5464-PJH
22
                                                           22-cv-5465-PJH
23                                                         22-cv-5483-PJH

24                                                         22-cv-5484-PJH

                                                           22-cv-5487-PJH
25
                                                           22-cv-5488-PJH
26
                                                  **ORDER DISMISSING MULTIPLE
27                                                CASES WITH PREJUDICE**

28

1    Plaintiff, a state prisoner, has filed multiple pro se civil rights complaints under 42

2    U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

3    petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

4    YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

5    *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

6    Plaintiff presents nearly identical claims in these actions.  He names as

7    defendants numerous state and federal judges and county clerks.  He seeks relief

8    regarding his underlying conviction or how his other cases were handled by the state and

9    federal courts.

10    To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

11    he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

12    "under imminent danger of serious physical injury" at the time he filed his complaint.  28

13    U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

14    No. 13-0951 CW.

15    The allegations in these complaints do not show that plaintiff was in imminent

16    danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

17    IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

18    U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

19    *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

20    828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

21    prejudice.

22    Furthermore, these are not cases in which the undersigned judge's impartiality

23    might be reasonably questioned due to the repetitive and frivolous nature of the filings.

24    *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

25    reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

26    assigned to that judge).

27

28

United States District Court
Northern District of California

2

1    The clerk shall terminate all pending motions and close these cases.  The clerk

2  shall return, without filing, any further documents plaintiff submits in these closed cases.

3    **IT IS SO ORDERED.**

4  Dated: September 28, 2022

5

6

7  PHYLLIS J. HAMILTON
United States District Judge

8  T:\PJHALL\_psp\2022\Bonilla '22\Bonilla Dismissals13.docx

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3